UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | | |
|---|---|---|
| CARL J CURTIS | ) | |
| | ) | CASE NO. C05-1044 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| LISA J W HOLLINGSWORTH | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:    October 17, 2005

<u>Pridgen W. Watkins</u>
Clerk of Court

<u>S/src</u>
BY: Deputy Clerk

**67-68**



FILED
U.S. District Court
Northern District of Iowa

10/17/05     By:    s/src

Copies mailed/faxed to counsel of record, pro se parties
and others listed here: